IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ALONZO DEAN WESTMORELAND, | : : : : |
| Plaintiff | : : |
| VS. | : : : |
| UPSON COUNTY JAIL ADMINISTRATION, | : : : |
| | : 5:16-CV-141 (MTT) |
| Defendant | : |
| _____ | : **O R D E R** |

    Plaintiff Alonzo Dean Westmoreland, an inmate at the Upson County Jail, filed a *pro se* civil rights complaint under 42 U.S.C. § 1983. (ECF No. 1). The Court has twice directed Plaintiff to correct deficiencies with respect to his lawsuit. (ECF Nos. 5 and 6). In both its Orders, the Court informed Plaintiff that his failure to comply would result in dismissal of this action.

    As of today's date, Plaintiff has failed to comply with, or otherwise respond to, either of the Court's Orders. For this failure, and because Georgia's two-year statute of limitations will not prevent the filing of Plaintiff's complaint in the near future, the instant action is hereby **DISMISSED WITHOUT PREJUDICE**. *See* Fed. R. Civ. P. 41(b); *Brown v. Tallahassee Police Dep't*, 205 F. App'x 802, 802 (11th Cir. 2006) ("The court may dismiss an action *sua sponte* under Rule 41(b) for failure to prosecute or failure to

obey a court order.") (citing *Lopez v. Aransas Cnty Indep. Sch. Dist.*, 570 F.2d 541, 544 (5th Cir. 1978)).

    **SO ORDERED**, this 21st day of July, 2016.

                                            S/ Marc T. Treadwell
                                            MARC T. TREADWELL, JUDGE
                                            UNITED STATES DISTRICT COURT